# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00174-RFB-GWF |
| vs. | ) | **ORDER** |
| GREYHOUND LINES, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Consolidate (#6), filed on May 20, 2015. This matter is also before the Court on Plaintiff's Motion for Extension of Time (#7), filed on May 28, 2015.

Plaintiff requests that his cases be consolidated because they are based on the same complaint. *See* Case No.: 2:15-cv-00115-GMN-PAL. Plaintiff's Complaint in that case was dismissed with prejudice, so the motion to consolidate is moot.

Plaintiff then requests an extension of time due to conflicting orders by the Court. In the now dismissed action, Plaintiff's Complaint was dismissed with prejudice. In the instant action, Plaintiff was given leave to amend his Complaint. *See* Order #2. The Court's Order in the instant action still stands: The Plaintiff has been given leave to amend. Therefore, the Court will grant the Plaintiff's request for an extension of time, to allow him a final attempt to properly plead his claims. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Consolidate (#6) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time (#7) is **granted**.  Plaintiff shall file his amended complaint by **July 15, 2015**.

**DATED** this 15th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge