Cedric Greene
545 South San Pedro Street
Los Angeles, California 90013
(323) 972-9966

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 21 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case No. 2:15- cv- 00174- RFB- GWF

Cedric Greene,

                                Plaintiff,

Vs.

Greyhound Lines, Inc.,

                                Defendant(s).

Declaration And Request For Extension Of Time To File Objections To Report And Recommendations Of Magistrate Judge

/

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

DECLARATION OF CEDRIC GREENE

I, Cedric Greene, Declare:

I am a competent adult, and the Plaintiff in the above matter proceeding pro se. The facts contained in this declaration and request is of my own knowledge and if called upon to do so, I can and will testify to the foregoing facts. Looking over the Magistrate's Report and Recommendations, it was filed on October 5, 2015, and a due date of October 22, 2015 for objections to be filed but on the other hand, I am seeking an extension until the date of November 23, 2015, to file the necessary papers for stipulated reasons. Please note that my mailing location did not issue me the Court's order until October 19, 2015 and based on me being issued the Court's order within three days of the due date

for me to issue my response, I do not have sufficient time to issue a complete response to the Court's order and due to the timing in which the order was issued to me, additional time is requested to file a complete and detailed response to the Court's order and due to my desire to file a complete response to the District's Court order, I would ask that the District Court grant me an extension until November 23, 2015. Such request is made in good faith and for good legal reasons. This extension request is not made for the purpose of delaying the prosecution of this case or abusing the Court's time, it is made for the specific purpose of having the desire to file a complete response and not having the sufficient time to do so based on the date the order was issued to me.

As to my mailing location that issues my mail to me, they do an outstanding job in not only handling my mail and issuing it to me, they handle hundreds of other individuals that they help and assist on a day to day basis and due to the hundreds of mail that they are being issued each day, it is possible that they may have placed it in another slot or just forgot to issue it to me but in any such circumstances, I do not have enough time to file a complete legal filing for Nevada officials and since it was issued to me "three days" before the due date, I would respectfully ask that Nevada officials grant me an extension until November 23, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Request was executed on November 19, 2015, from the County of Los Angeles.

BY: _____
Cedric Greene

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 26th day of October, 2015.



Cedric Greene
515 South San Pedro Street
Los Angeles, CA. 90013

LOS ANGELES CA 900
15 OCT 2015 PM 3:L

U.S. District Court Of Nevada
333 Las Vegas Blvd South - RM. 1334
Las Vegas, Nevada 89101